JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ELEAZAR VILLEGAS,

Petitioner,

v.

F.C.I. LOMPOC II WARDEN,

Respondent.

No. CV 26-5927-DOC(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 4, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE